UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO. 06-10430-RWZ

JOHN R. DALEY

v.

DEPARTMENT OF CORRECTIONS

MEMORANDUM AND ORDER

December 5, 2006

ZOBEL, D.J.

Petitioner has appealed from this court's order dismissing his petition for a writ of habeas corpus, 28 U.S.C. § 2254, and he now seeks a certificate of appealability pursuant to 28 U.S.C. § 2253(c)(1).

This court dismissed the petition for petitioner's failure to comply with a number of directives and orders of the court designed to ascertain this court's jurisdiction. Under these circumstances petitioner has not shown that he was denied a constitutional right. Accordingly, the motion for a certificate of appealability is denied.

|  December 5, 2006  | /s/Rya W. Zobel |
|---|---|
| DATE | RYA W. ZOBEL |
| | UNITED STATES DISTRICT JUDGE |